In the Matter of BUFFALO CREEK RAILROAD COMPANY, Respondent, against CITY OF BUFFALO, Appellant.

Submitted May 15, 1950; decided May 18, 1950.

*William G. Conable* for motion.

*Fred C. Maloney, Corporation Counsel (Abraham I. Okun* of counsel), opposed.

Motion denied, with leave to renew upon the argument.